*Trial — reference — papers not justifying reference of issues in action to recover for legal services.*

Appeal from an order of reference.

PER CURIAM: Upon the papers presented we do not think that it satisfactorily appears that the substituted issues involved in this action cannot be properly disposed of by a jury. Where such fact does not appear, we do not think that an action of this character should be tried by a referee, but that the defendant should have the right to a jury trial of the issues of fact. The order should, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied, without prejudice to such action by the trial judge upon the trial as should be proper, if it shall then develop that such a large number of items are in dispute as to make a trial by jury impracticable. Present — Ingraham, McLaughlin, Clarke, Houghton and Scott, JJ.; Scott, J., dissented. Order reversed, with ten dollars costs and disbursements, and motion denied, without prejudice to further action as indicated in opinion. Settle order on notice.

---

JAMES S. HERRMAN, Respondent, *v.* JOSEPH LAEMMLE, Appellant, Impleaded with Others.

*Landlord and tenant — covenant to deliver in good order at end of term demised — effect of a prior surrender.*

Appeal from a determination of the Appellate Term.

Determination affirmed, with costs. No opinion.

Present — Ingraham, Laughlin, Clarke, Houghton and Scott, JJ.; Ingraham, J., dissented in memorandum.

INGRAHAM, J. (dissenting): I dissent on the ground that by the lease the covenant was to deliver possession in good order at the termination of the term demised. As the surrender terminated the lease and relieved the lessee from its covenants, and no obligation existed except under the covenants of the lease, and arose at its termination, the surrender relieved the lessee from liability under the covenants.

---

DANIEL MCANERNEY and AMELIA A. MCANERNEY Respondents, *v.* HARRIS BERNSTEIN and Others, Defendants, Impleaded with GEORGE F. JOHNSON, Appellant.

*Real property — reservation in deed.*

Appeal from a judgment rendered after a trial at Special Term.

Judgment affirmed, with costs. No opinion.

Present — Ingraham, McLaughlin, Clarke, Houghton and Scott, JJ.; McLaughlin, J., dissenting in memorandum.

MCLAUGHLIN, J. (dissenting): I dissent on the ground that the reservation contained in the deed of the property in question was a reservation only of the

right to collect damages accruing down to the time of the conveyance by the plaintiff to Bernstein and Davis; and under the twenty-fifth finding of fact I do not see how this judgment can be sustained.